No. 965. SING ET AL. *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *A. K. Black* for petitioners.

No. 996. BATA *v.* BATA ET AL. Supreme Court of Delaware. Certiorari denied. *Harold E. Stassen, Amos J. Peaslee, Gerald J. McMahon, A. Evans Kephart* and *George Tyler Coulson* for petitioner. *Inzer B. Wyatt* and *Robert H. Richards, Jr.* for respondents.

No. 634. FIFTH AVENUE COACH LINES, INC., *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Paul R. Russell* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Harry Baum* for respondent.

No. 140. NEW JERSEY AUTOMOBILE CLUB *v.* UNITED STATES. Court of Claims. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Alcide J. Fournier* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *George F. Lynch* for the United States.

No. 913. PRANGER *v.* BREAK ET AL. District Court of Appeal of California, Fourth Appellate District. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Lewis Garrett* and *Herbert M. Ansell* for petitioner. *Stanford D. Herlick* and *Waldo Willhoft* for respondents. *A. L. Wirin* and *Fred Okrand* filed a brief for American Civil Liberties Union of Southern California, as *amicus curiae,* in support of the petition.